```
          FILED         ____RECEIVED
____ENTERED             ____SERVED ON
        COUNSEL/PARTIES OF RECORD

            FEB - 6 2014

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 3:13-cr-0032-RCJ-VPC |
| Plaintiff(s), ) | ORDER OF THE COURT |
| vs. ) | |
| IQBAL SINGH-SIDHU ) | |
| Defendant(s). ) | |

The Court having ordered the jury impaneled in the above-entitled action to be kept together during the period of deliberation, now, therefore,

IT IS ORDERED that all meals for said jury shall be paid by the Clerk of the Court.

DATED this 6TH day of February, 2014.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE