UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:13-CR-032-RCJ-(VPC) |
| IQBAL SINGH-SIDHU, | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On June 10, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to 32.2(b)(1) and (2) and Title 21, United States Code, Section 853, based upon the jury verdict finding defendant IQBAL SINGH-SIDHU guilty of the criminal offenses, forfeiting specific property set forth in the forfeiture Allegation of the Second Superseding Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant IQBAL SINGH-SIDHU was found guilty. Second Superseding Indictment, ECF No. 29; Minutes of Jury Trial, ECF No. 67; Preliminary Order of Forfeiture, ECF No. 74.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 14, 2014, through July 13, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 83.

1  On July 24, 2014, the United States Marshals Service personally served Chanpreet Kaur Sidhu with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 85.

On August 1, 2014, Chanpreet Kaur Sidhu filed a Motion for Return of Property (ECF No. 84).

On August 13, 2014, the United States filed a Motion to Dismiss Third-Party Claim (ECF No. 89). On September 3, 2014, the United States filed a Notice of Failure to File Response to Motion to Dismiss Third-Party Claim (ECF No. 90).

On October 21, 2014, the court entered an Order (ECF No. 94) granting the Motion to Dismiss Third-Party Claim and Dismissing the Motion for Return of Property filed by Chanpreet Kaur Sidhu (ECF No. 85).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. A 2009 Toyota 4Runner, SR5, bearing Nevada license plate 280WEP, vehicle identification number ("VIN") JTEBU14R59K036257, silver in color, seized on February 5, 2013, in the vicinity of 3101 Platte River Drive, Reno, Nevada; and

2. Five (5) boxes of drug paraphernalia glass pipes/burners seized on February 5, 2013, from the residence located at 3101 Platte River Drive, Reno, Nevada.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

     The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated: This 28th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE