Iqbal Singh-Sidhu # 47728-048
FCI - Mendota
P.O. Box 9
Mendota, CA 93640
Defendant.

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 16 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA (RENO DIVISION)

THE UNITED STATES OF AMERICA,

              Plaintiff,

    v.

IQBAL SINGH-SIDHU,

              Defendant.

CASE NO.: 3:13-CR-00032-RCJ-VPC-1

MOTION REQUESTING COURT APPOINTED
COUNSEL UNDER THE CRIMINAL JUSTICE
ACT, PURSUANT TO 18 U.S.C. § 3006A,
BY A PRISONER IN FEDERAL CUSTODY.

---

TO THE ABOVE ENTITLED COURT, THE UNITED STATES ATTORNEY'S OFFICE, AN THE
FEDERAL DEFENDER'S OFFICE, FOR THE DISTRICT OF NEVADA, RENO DIVISION:

COMES NOW, Iqbal Singh-Sidhu (hereinafter the "Defendant"), who hereby

respectfully moves this Honorable Court for an appointment of Court appointed

counsel under the Criminal Justice Act, pursuant to 18 U.S.C. § 3006A.

The Defendant is currently in the custody of the Federal Bureau of Prisons

(F.B.O.P.) serving the sentence imposed pursuant to the judgement and committment

of this Honorable Court in the above mentioned case matter.

The Defendant has been in continuous custody since: 03-26-2013 , and is presently

serving a sentence of one hundred and eight (108) months of imprisonment.

The Defendant is currently housed at FCI - Mendota, in Mendota, California.

Due to the Defendant's lengthy period of inacrceration, he has become indigent

without resources nor ability to obtain private counsel.

The Defendant is a "layperson", untrained in the science of law, who will be

at an unjustly disadvantage if left to file for his reduction of sentence under

18 U.S.C. § 3582(c)(2), based on the United States Sentencing Guidelines Amendment,

-1-

Amendment - 782, which went into effect on November 1, 2014.

The Defendant does meet the criteria and qualifications necessary to seek remedy in this Court under the Retroactive Reduction in Drug Trafficking Sentences via DRUGS - MINUS - TWO - Guideline Amendment. However, the Defendant does not posses the intellctual nor language tools necessary to properly prepare the 18 U.S.C. § 3582(c)(2) motion required to request a reduction in his current sentence. The Defendant, without counsel, will be left to navigate the complexities of the legal and factual issues that pertain to his indidual case.

WHEREFORE, the Defendant, Iqbal Singh-Sidhu, hereby respectfully moves this Honorable Court for an appointment of counsel under the Criminal Justice Act, pursuant to 18 U.S.C. § 3006A to assist him in properly preparing a Motion for a Reduction of Sentence pursuant to 18 U.S.C. 3582(c)(2).

Respectfully Submitted,

DATED: 03-11-2015

IQBAL SINGH-SIDHU, Defendant

-2-

# CERTIFICATE OF SERVICE

State of California     )

County of Fresno     )

    I, __Iqbal Singh-Sidhu__, hereby certify that I have served a true and correct copy of the attached __Motion Requesting Court Appointed Counsel Under the Criminal Justice Act, Pursuant to 18 U.S.C. § 3006A, By a Federal Prisoner__, by placing the same into a sealed envelope with First-class postage fully pre-paid, addressed to: __United States Attorney's Office and the Federal Defender's Office, District of Nevada, 400 South Virginia Street, Reno, NV 89501-2193__, and by delivering the same to prison officials at the FCI - Mendota    Mailroom for processing utilizing "Special Mail" procedures.

    It should be noted that utilization of "Special Mail" procedures under ---- __Houston v. Lack__, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), service is deemed filed on the date that it was delivered to prison officials for delivery to the United States Postal Service.

    I, __Iqbal Singh-Sidhu__, declare under the penalty of perjury that the foregoing is true and correct, based upon my own personal information, knowledge and beliefs.

    DATED and EXECUTED this __11th__ day of __March__, 2015, in the City of Mendota, County of Fresno, State of California.

Respectfully Submitted,

IQBAL SINGH-SIDHU, Defendant.