# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

IQBAL SINGH-SIDHU,

          Defendant.

Case No.  3:13-cr-32-RCJ-VPC

**Order**

Based upon the pending application of the Government, and good cause appearing,

**IT IS HEREBY ORDERED** that the attorney-client privilege in 3:13-cr-32-RCJ-VPC between the Defendant and Richard Molezzo, Esq., shall be deemed waived for purposes relating to Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. Mr. Molezzo shall, within 30 days of this order, provide the government with an affidavit or declaration addressing whether he considered 1) introducing evidence of an alleged disagreement among DEA chemists over the analogue status of UR-144, 2) cross-examining Dr. Amin as to the issue, and 3) adducing expert testimony on the issue; and whether his decisions with respect to those issues were tactical or strategic choices. Further, Mr. Molezzo may communicate with government

counsel and provide supporting documentation regarding all matters put at issue in Defendant's motion.

The government shall have an additional 30 days, after receiving Mr. Molezzo's affidavit or declaration, to file its response to Defendant's 2255 motion.

DATED this 24th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE