

_____ FILED                  _____ RECEIVED
_____ ENTERED                _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

OCT 1 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 3:13-cr-00032-RCJ-VPC-1 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| IQBAL SINGH-SIDHU, ) | |
| ) | |
| Defendant. ) | |

A jury convicted Defendant Iqbal Singh-Sidhu of possessing and distributing controlled substances and controlled substance analogues and maintaining a drug-related premises. The Court of Appeals affirmed Defendant's convictions and sentences. Defendant filed a habeas corpus motion under 28 U.S.C. § 2255. The Court required the Government to answer as to the issue of trial counsel's failure to introduce evidence of a government chemist's disagreement over the analogue status of UR-144, failure to cross-examine a government expert, and failure to adduce rebuttal expert testimony. The Court ruled there was no prejudice from any potential ineffectiveness, because the jury returned special verdicts on each count involving UR-144, separately finding that the substances contained both UR-144 and XLR11. The Court therefore denied the motion and declined to issue a certificate of appealability. Defendant has asked the Court to reconsider issuing a certificate of appealability. The Court declines to reconsider.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for a Certificate of Appealability (ECF No. 137) is DENIED.

IT IS SO ORDERED.

Dated this *10th October, 2017.*

 

 

_____
ROBERT C. JONES
United States District Judge